# United States District Court

DISTRICT OF __Massachusetts__

Mark J. Patnod

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 04 10865 GAO

David Nolan, Superintendent
Massachusetts Correctional Institution
Cedar Junction at Walpole
Route 1A
P.O. Box 100
South Walpole, Massachusetts 02071

TO: (Name and address of defendant)

David Nolan, Superintendent
Massachusetts Correctional Institution
Cedar Junction at Walpole
Route 1A
P.O. Box 100
South Walpole, Massachusetts 02071

Thomas F. Reilly
Attorney General
Commonwealth of Massachusetts
One Ashburton Place
20th Floor
Boston, Massachusetts 02108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eileen M. Hagerty, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

AUG 1 8 2004
DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: August 19, 2004 |
| NAME OF SERVER (PRINT): Eileen Hagerty | TITLE: Plaintiff's Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by certified mail, pursuant to Federal Rules of Civil Procedure 4(j)(2) and Massachusetts Rule of Civil Procedure 4(d)(4). Receipt attached.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 15, 2004
Date

Signature of Server: Eileen Hagerty, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square, Boston, MA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.