# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARK PATNOD** | **CIVIL ACTION** |
| **Plaintiff** | |
| | **NO. 04-10865-GAO** |
| **V.** | |
| **DAVID NOLAN** | |
| **Defendant** | |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **MARK PATNOD** for an order of Default for failure of the Defendant, **DAVID NOLAN**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **7** day of **OCTOBER, 2005**.

**SARAH A. THORNTON**
**CLERK OF COURT**

By:  **PAUL LYNESS**
**Deputy Clerk**

**Notice mailed to:**

(Default Notice.wpd - 3/7/2005)