UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| EDMUND D. LACHANCE, JR.<br>  Petitioner, | )<br>)<br>)<br>) |   |
| v. | ) | Civil Action No. 05-12152-RWZ |
| LOIS RUSSO,<br>  Respondent. | )<br>)<br>)<br>) |   |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the respondent in the above-captioned matter.

                                          Respectfully submitted,

                                          THOMAS F. REILLY
                                          ATTORNEY GENERAL
                                          /s/ Annette C. Benedetto
                                          Annette C. Benedetto
                                          Assistant Attorney General
                                          Criminal Bureau
                                          One Ashburton Place
                                          Boston, Massachusetts 02108
                                          (617) 727-2200
                                          BBO No. 037060

### CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the petitioner pro se at the address below on November 18, 2005, by first class mail, postage prepaid.

**Edmund D. LaChance, Jr., pro se**
**Souza-Baranowski Correctional Center**
**P. O. Box 8000**
**Shirley, MA 01464**

                                          /s/ Annette C. Benedetto
                                          **Annette C. Benedetto**
                                          **Assistant Attorney General**