UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARK J. PATNOD,<br>  Petitioner,<br><br>v.<br><br>DAVID NOLAN,<br>  Respondent. | )<br>)<br>)<br>)<br>)   Civil Action No. 04-10865-GAO<br>)<br>)<br>)<br>) |

**WITHDRAWAL OF NOTICE OF APPEARANCE**

Please withdraw the notice of appearance filed in error on December 9, 2005, in the above captioned matter. The erroneous notice of appearance contained the caption and case number of another case but was e-filed under <u>Patnod v. Nolan</u>, C.A. No. 04-10865-GAO. A correct Notice of Appearance in the above matter will be filed.

Respectfully submitted,

**THOMAS F. REILLY**
**ATTORNEY GENERAL**
<u>/s/ Annette C. Benedetto</u>
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060