UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK J. PATNOD, )
  Petitioner, )
)
v. ) Civil Action No. 04-10865-GAO
)
DAVID NOLAN, )
  Respondent. )

NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the respondent in the above-captioned matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060