UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARK J. PATNOD, | ) | |
|   Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-10865-GAO |
| | ) | |
| DAVID NOLAN, | ) | |
|   Respondent. | ) | |

SUPPLEMENTAL ANSWER

Pursuant to Rule 5 of the Rules governing Section 2254 Cases, the respondent submits the following material as a supplement to her Answer:

1. Brief of Appellant on Appeal to the Massachusetts Appeals Court (A.C. No. 01-P-182)

2. Appendix to Brief of Appellant on Appeal to the Massachusetts Appeals Court (A.C. No. 01-P-182)

3. Brief of the Commonwealth/Appellee (A.C. No. 01-P-182)

4. Reply Brief of the Appellant Mark J. Patnod (A.C. No. 01-P-182)(from WESTLAW).

5. Commonwealth v. Patnod, 57 Mass. App. Ct. 1110, 784 N.E. 2d 50 (2003)(Unpublished).

6. Petition of Defendant-Appellant Mark J. Patnod For Further Appellate Review in the Supreme Judicial Court (FAR-13314).

7. Docket Sheet from Commonwealth v. Patnod, 439 Mass. 1104, 787 N.E. 2d 1058 (2003) indicating the FAR application was denied on April 30, 2004.

                                          Respectfully submitted,

                                          THOMAS F. REILLY
                                          ATTORNEY GENERAL
                                          /s/ Annette C. Benedetto

2

**Assistant Attorney General
Criminal Bureau**

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participant as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.

**Dated: February 3, 2006**              /s/ Annette C. Benedetto
                                          **Assistant Attorney General
                                          One Ashburton Place
                                          Boston, Massachusetts 02108
                                          (617) 727-2200
                                          BBO No. 037060**