UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                            )
MARK J. PATNOD,             )
   Petitioner,              )
                            )
v.                          )     Civil Action No. 04-10865-GAO
                            )
DAVID NOLAN,                )
   Respondent.              )
_____)
```

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 cases, the respondent herein files a Supplemental Answer with the following documents from the petitioner's state court proceedings:

1. Brief of Appellant on Appeal to the Massachusetts Appeals Court (A.C. No. 01-P-182)

2. Appendix to Brief of Appellant on Appeal to the Massachusetts Appeals Court (A.C. No. 01-P-182)

3. Brief of the Commonwealth/Appellee (A.C. No. 01-P-182)

4. Commonwealth v. Patnod, 57 Mass. App. Ct. 1110, 784 N.E. 2d 50 (2003)(Unpublished).

5. Petition of Defendant-Appellant Mark J. Patnod For Further Appellate Review in the Supreme Judicial Court (FAR-13314).

6. Docket Sheet from Commonwealth v. Patnod, 439 Mass. 1104, 787 N.E. 2d 1058 (2003) indicating the FAR application was denied on April 30, 2004.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

2

/s/ Annette C. Benedetto
**Assistant Attorney General**
**Criminal Bureau**

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participant as identified on the Notice of Electronic Filing. In addition, paper copies of the documents were sent to the petitioner's counsel at the address below on February 3, 2006, by first class mail postage prepaid.

**Eileen M. Hegarty**
**Kotin, Crabtree & Strong**
**1 Bowdoin Sqare**
**Boston, MA 02114-2919**

/s/ Annette C. Benedetto
**Assistant Attorney General**
**One Ashburton Place**
**Boston, Massachusetts 02108**
**(617) 727-2200**
**BBO No. 037060**