## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| **MARK  J. PATNOD,** | ) | |
|   Petitioner, | ) | |
|  | ) | |
| **v.** | ) | **Civil Action No. 04-10865-GAO** |
|  | ) | |
| **DAVID NOLAN,** | ) | |
|   Respondent. | ) | |
| _____ | ) | |

### JOINT MOTION FOR A BRIEFING SCHEDULE
### AND POSTPONEMENT OF APRIL 20, 2006 HEARING

The parties  in the above-captioned habeas corpus action respectfully move this Court to establish a briefing schedule for the petitioner to file a memorandum of law in support of the petition for writ of habeas corpus on or before June 5, 2006, and the respondent to file a memorandum of law in opposition to the petition on or before August 7, 2006.   The parties also request that the Court postpone the status conference currently scheduled for April 20, 2006 until after memoranda are filed.

WHEREFORE, the parties request that the Court establish a briefing schedule for the petitioner to file a memorandum of law in support of the petition by June 5, 2006, and for the respondent to file a responsive memorandum in opposition thereto by August 7, 2006.   The parties also request that the April 20 status hearing be postponed until after memoranda on the merits are filed.

Respectfully submitted,

**THOMAS F. REILLY**
**ATTORNEY GENERAL**
**/s/ Annette C. Benedetto**
**Assistant Attorney General**
**Criminal Bureau**

**2**

**One Ashburton Place**
**Boston, Massachusetts 02108**
**(617) 727-2200**
**BBO No. 037060**

**/s/ Eileen M. Hagerty**
**Kotin, Crabtree and Strong, LLP**
**One Bowdoin Square**
**8th Floor**
**(617) 227-7031**
**BBO No. 216490**