UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARK J. PATNOD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID NOLAN, Superintendent, )<br>Massachusetts Correctional Institution )<br>at Cedar Junction, )<br>)<br>Defendant. ) | CIVIL ACTION<br>NO. 04-10865-GAO |

**JOINT MOTION FOR ENLARGEMENT OF BRIEFING SCHEDULE AND POSTPONEMENT OF SEPTEMBER 6, 2006 SCHEDULING CONFERENCE**

The parties in the above-captioned habeas corpus action hereby move, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, that the briefing schedule be extended such that the time within which the petitioner may file a memorandum of law in support of his petition (currently due on June 5, 2006) be extended to and include August 18, 2006, and the time within which the respondent may file his memorandum of law in opposition to the petition (currently due on August 7, 2006) be extended to and include October 20, 2006. The parties further move that the scheduling conference currently set for September 6, 2006 at 2:00 p.m. be rescheduled for a date after the submission of the parties' memoranda be converted to a hearing on the matters raised in those memoranda.

WHEREFORE, the parties respectfully request that the Court amend the briefing schedule and postpone the September 6, 2006 scheduling conference, as set forth above.

Respectfully submitted,

MARK J. PATNOD

By his attorneys,

/s/ Eileen M. Hagerty
Eileen M. Hagerty (#216490)
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, Massachusetts 02114
(617) 227-7031

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Annette C. Benedetto
Annette C. Benedetto (#037060)
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200

Dated: June 1, 2006