UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Mark J. Patnod
Petitioner

V.                              CASE NO. 04-10865-GAO

David Nolan, Superintendent, Massachusetts
Correctional Institution at Cedar Junction
Respondent

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Probable Cause Hearing Transcript, 4-30-90
Motion to Suppress Transcript, 11-28-90
Trial Transcript, 11-30-90 & 12-3-90
Motion for New Trial, Volume I, 12-6-99
Motion for New Trial, Volume II, 12-7-99
Motion for New Trial, Volume III, 12-30-99
Motion for New Trial, Vol IV, 11-13-00

The original documents are maintained in the case file in the Clerk's Office.

August 21, 2006
Date

Attorney for Mark J. Patnod

I CERTIFY THAT ON THIS 21st DAY OF August 2006
I HAVE SERVED THE AFORESAID DOCUMENT ON ALL
PARTIES TO THIS ACTION BY first class
mail, postage prepaid.

Kotin, Crabtree & Strong, LLP

One Bowdoin Square

Boston, MA 02114-2925

(617) 227-7031

(ECFManual-MAtest.doc - 7/03)