UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK J. PATNOD
    Petitioner

v.              CIVIL ACTION NO.  04-10865-GAO

DAVID NOLAN
    Respondent

**JUDGMENT IN A CIVIL CASE**

 O'TOOLE                         , D.J.

**IT IS ORDERED AND ADJUDGED**

  Pursuant to the court's Opinion and Order, dated October 12, 2007, for all the foregoing reasons, the petitioner has not shown that the state courts' adjudication of any of his claims, "resulted in a decision that was contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States, "28 USC Sec. 2254(d)(1), or that the adjudication "resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in the State Court proceedings." Id, sec. 2254(d)(2).  He is not entitled to a writ of habeas corpus, and his petition is therefore DENIED.

                      SARAH A. THORNTON,
                      CLERK OF COURT

Dated:  10/12/07            By   /s/ Paul Lyness
                        Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)